IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Joel Antonio Palacio Centeno,<br><br>                              Petitioner,<br><br>vs.<br><br>Pamela Bondi, Attorney General et al.,<br><br>                              Defendants. | Case No. 0:26-cv-01026-DMT-DTS |

## ORDER TO DISMISS PETITION WITHOUT PREJUDICE

[¶ 1]   THIS MATTER comes before the Court upon Plaintiff's Notice of Voluntary Dismissal filed on January 27, 2026. Doc. No. 4. Petitioner states that he has been released from DHS custody, meaning the Petition is no longer necessary.

[¶ 2]   Upon consideration, it is **ORDERED** that the Petition (Doc. No. 1) is **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

[¶ 3]   **IT IS SO ORDERED.**

DATED February 9, 2026.

Daniel M. Traynor, District Judge
United States District Court